FILED
Jan 02 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY s/ ercas DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 18CR0002-GPC |
|---|---|
| Plaintiff, | **I N F O R M A T I O N** |
| v. | Title 21, U.S.C., Secs. 952 and 960 – Importation of Methamphetamine (Felony) |
| ANNETTE MARIE GONZALES, | |
| Defendant. | |

The United States Attorney charges:

On or about December 3, 2017, within the Southern District of California, defendant, ANNETTE MARIE GONZALES, did knowingly and intentionally import 500 grams and more, to wit: approximately 28.84 kilograms (63.45 pounds) of a mixture and substance containing a detectable amount of Methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 1/2/18 .

ADAM L. BRAVERMAN
United States Attorney

COLIN M. MCDONALD
Assistant U.S. Attorney

CMMC:aag:12/29/2017