4

# UNITED STATES DISTRICT COURT
for the
Southern District of California

FILED
Jan 02 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY s/ darcig DEPUTY

United States of America )
v. )
Annette Gonzales )
Defendant )

Case No. 3:18-cr-0002-GPC

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 12/28/17

_____
Defendant's signature

_____
Signature of defendant's attorney

_____
Judge's signature

Print    Save As...    Reset